RUOFF v. DOWERMAN ET AL.

[No. 9,765.    Filed March 4, 1919.]

APPEAL.—*Review.*—*Conflicting Evidence.*—*Conclusiveness of Judgment.*—Where each of the questions presented on appeal would require for its determination a review of conflicting evidence, the judgment of the trial court is conclusive, and must be affirmed.

From Floyd Circuit Court; *John M. Paris,* Judge.

Action between William F. Ruoff and Susie B. Dowerman and others. From the judgment rendered, the former appeals. *Affirmed.*

*Alexander Dowling,* for appellant.

*Bedinger & Swearingen* and *Charles A. Hunt,* for appellees.

REMY, J.—Each of the questions presented by this appeal would require for its determination a review of conflicting evidence. Under such circumstances, the judgment of the trial court is conclusive, and, on the authority of *Nicholson* v. *Smith* (1916), 60 Ind. App. 385, 110 N. E. 1007, the judgment is affirmed.